UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Efrain V. Perez

    v.                          Case No. 17-cv-324-PB

Cheshire County Department of Corrections
and United States Marshals Service


O R D E R

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 7, 2017, and dismiss the complaint and deny without prejudice the motion for preliminary injunctive relief (Doc. No. 3) for failure to pay the filing fee or obtain in forma pauperis status in this matter. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                 /s/ Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

Date: January 12, 2018

cc: Efrain V. Perez, pro se